# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1173

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of Minnesota. |
| Andres Manuel Romero, | * |
| | * [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: August 30, 2007
Filed: September 6, 2007

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Andres Romero appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion, in which he sought a reduction of his federal drug sentence based on Amendment 591 to the Sentencing Guidelines. We agree with the district court that Amendment 591 does not affect Romero's sentence, and Romero has not argued any other basis for modification under § 3582(c)(2). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Romero's pending appellate motions.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.